**William H. TUNNICLIFFE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8259.

Circuit Court of Appeals, Fifth Circuit.

March 9, 1937.

H. M. Voorhis, of Orlando, Fla., for petitioner.

Howard P. Locke, J. Louis Monarch, and Sewall Key, Sp. Assts. to Atty. Gen., Robert H. Jackson and James W. Morris, Asst. Attys. Gen., and Herman Oliphant, Gen. Counsel, Dept. of Treasury, and John E. Marshall, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

SIBLEY, Circuit Judge.

This petition for review involves similar facts and the same questions dealt with in the opinion this day filed in John H. Therrell v. Commissioner of Internal Revenue (C.C.A.) 88 F.(2d) 869. For the reasons stated in that opinion the judgment is reversed, with direction to eliminate the contested tax.

Reversed.

HUTCHESON, Circuit Judge, dissents.